JUDGE ROBERT J. BRYAN

1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | ) | NO. CR13-5371RJB |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING MOTION TO CONTINUE SENTENCING DATE |
| FRED GENE VALDEZ, | ) | |
| Defendant. | ) | |

13     Upon the stipulation of the parties to continue sentencing in the above-captioned

14 case, the Court finds that such a continuance would serve the ends of justice, therefore,

15     IT IS HEREBY ORDERED that the sentencing date in this matter be continued to

16 December 13, 2013, at 9:30 a.m.

17     DONE this 29th day of August, 2013.

18
19
20

Robert J Bryan
United States District Judge

21
22
23

Presented by:

24 s/ *Jerome Kuh*
Jerome Kuh
25 Attorney for Defendant

s/ *Gregory A. Gruber*
Gregory A. Gruber
Assistant United States Attorney

26

ORDER GRANTING MOTION
TO CONTINUE SENTENCING DATE                    1